# COMPLAINT
### (for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2021 JUL 26 P 11: 11

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Denise Michelle Ward

_____

_____

v.

(Full name of defendant(s))

Lad Lake Inc.

_____

_____

_____

Case Number:

**21-C-0870**

(to be supplied by Clerk of Court)

A.     PARTIES

1.     Plaintiff is a citizen of **Wisconsin** and resides at
                                              (State)

2634 N. 7th St, Milwaukee, WI 53212

(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant **Lad Lake Inc.**

(Name)

is (if a person or private corporation) a citizen of **Wisconsin**

(State, if known)

and (if a person) resides at **2635 N. 7th St. Milw, WI 53212**

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Lad Lake Inc. W350 S1401, Waterville Rd, Dousman, WI 53118**

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.     STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.     Who violated your rights;
2.     What each defendant did;
3.     When they did it;
4.     Where it happened; and
5.     Why they did it, if you know.

On October 5, 2020, Lad Lake Inc. offered me a part-time Supervisor Visitation Worker

position with their company. On October 20,2020, I received a phone call from Kristin

Butler asking about my physical restrictions. I informed her that my permanent

disability were as my doctor stated. No lifting over 10 pounds, no repetitive motion

with your head, and alternate sitting and standing every 30 minutes during a shift.

I could do the job effectively with support. There are supports that the company could

have put in place but it seems that they refuse to do so in aiding individuals with

disabilities. I am on SSDI, I could have been able to do the work effectively and safely.

Kristin stated that they felt that I could not safely do this job due to my disability

and restrictions.

cont: I have worked with children/infants at Milwaukee Public School District with these same restrictions and had no issues with doing my job for several years.

I am also enrolled with (DVR)Division of Vocational Rehabilitation which would have assist with special equipment to assist with lifting individual children for this position.

I believe Lad Lake discriminated against the ADA of Wisconsin in not hiring me for this position.

The use of assistive technology for children would be great for a company of the magnitude would benefit with the use of using a interactive process.

Also in their job description there was not mention of a weight lifting requirement for the position nor was it discussed during our interview.

I did file a complaint with EEOC pertaining to this unjust situation of rescinding their job offer after my physical. This letter is attached.

C.    JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D.    RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like for the courts to find that Lad Lake Inc, did discriminate against me after

they were informed about my restrictions which allowed them to rescinded their

position.

Back pay, forward pay, compensatory damages, punitive damages, attorney fees (if I

have to seek representative during this process), changes to the organization, any

other relief that the court deem just.

_____

_____

_____

_____

_____

_____

E.    JURY DEMAND

I want a jury to hear my case.

■ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___22___ day of _____July_____ 20_21_.

Respectfully Submitted,

_Denise M. Ward_
Signature of Plaintiff

_____
Plaintiff's Telephone Number

**414.374.7928**
Plaintiff's Email Address

**warddenise2227@gmail.com**

2634 N. 7th ST, Milwaukee, WI 53212
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

■    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.