UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DENISE MICHELLE WARD,

        Plaintiff,

    v.

        Case No. 21-CV-870

LAD LAKE, INC.,

        Defendant.

## STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(l), the parties hereby stipulate to dismissal of the Complaint in this case with prejudice, without costs or fees to either party, and without further Order being necessary from the Court.

Dated this 8th day of June, 2022.

| | |
|---|---|
| By: /s/ Denise M. Ward | By: /s/ Laurie E. Meyer |
| Plaintiff Denise M. Ward (pro se) | Attorneys for Lad Lake, Inc. |
| | |
| 2634 N. 7th Street | Laurie E. Meyer SBN 1025405 |
| Milwaukee, WI 53212 | Davis & Kuelthau, s.c. |
| Tel. (414) 374-7928 | 111 E. Kilbourn Avenue, Suite 1400 |
| Email warddenise2227@gmail.com | Email lmeyer@dkattorneys.com |